UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNALDO SALCIDO,<br><br>                  Plaintiff,<br><br>   v.<br><br>S. FURLONG,<br><br>                  Defendants. | Case No. 1:23-cv-00704-JLT-EPG<br><br>ORDER SETTING SETTLEMENT CONFERENCE AND PARAMETERS<br><br>**Demand Due:        October 1, 2024**<br>**Response to Demand:  October 15, 2024**<br>**Settlement Statements: November 15, 2024**<br>**Settlement Conference: December 6, 2024** |

Magistrate Judge Helena Barch-Kuchta will hold a settlement conference on **December 6, 2024, at 10:00 a.m.** via video teleconference. The Zoom settlement conference invitation will be distributed the week prior.[1] The court has reserved the entire day for this settlement conference and expects the parties will proceed with the settlement conference in good faith and attempt to resolve all or part of the case. If any party believes that the settlement conference will not be productive, that party shall so inform the court as far in advance of the settlement conference as possible. A settlement conference is more likely to be productive if, before the conference, the

---

[1] Any difficulties concerning Zoom video conference, or connecting to the Zoom video conference, shall immediately be reported to Patricia Apodaca, Courtroom Deputy for the Hon. Helena Barch-Kuchta, United States Magistrate Judge, at papodaca@caed.uscourts.gov

parties exchange written settlement proposals prior to the settlement conference.  Thus, the Court will direct the Parties to respectively exchange a settlement demand and response to demand before the settlement conference.

Accordingly, it is hereby **ORDERED** that:

1. Unless otherwise permitted in advance by the court, the following individuals must attend the settlement conference in person: (1) all the attorney(s) or pro se litigant who will try the case; and (2) individuals with full authority to negotiate and settle the case, on any terms be immediately available by telephone or email.  *See* Local Rule 270(f).

2. No later than **October 1, 2024**, Plaintiff shall submit a written itemization of damages and tender a settlement demand to Defendant's counsel with a brief explanation of why such a demand is reasonable and appropriate.  No later than **October 15, 2024, Defendant's counsel** shall submit a written offer to plaintiff's counsel with a brief explanation of why the offer is reasonable and appropriate.  On occasion, this process will lead directly to settlement.  If settlement is not achieved, the parties shall include their respective demand and offer letters with their Settlement Conference Statements described below.

3. **No later than November 15, 2024,** each party must submit to Judge Barch-Kuchta's chambers at hbkorders@caed.uscourts.gov or by mail at U.S. District Court, P.O. Box 575, Yosemite National Park, CA 95389, a Settlement Conference Statement.

4. These statements should neither be filed on the docket nor served on any other party. The Parties instead shall file a Notice of Submission of Confidential Settlement Conference Statement (see Local Rule 270(d)). In compliance with Local Rule 270(d)-(e), the settlement statements will be used exclusively for the undersigned to prepare for and conduct the settlement conference.  They will not become part of the case file and will be shred thereafter under Local Rule 270(e).  If applicable, the statements should be marked "CONFIDENTIAL."  *See* Local Rule 270(d).

5. The statements should not exceed ten (10) pages and should include:
   (a) a brief recitation of the facts; (b) brief procedural history; (c) an analysis of the risk

2

of liability, including a discussion of the efforts made to investigate the allegations; (d) a discussion of the strengths and weaknesses of the case, and brief review of any evidence to support the parties' factual position; (e) a history of settlement discussions (including a listing of any current settlement offers from any party, in specific dollar terms); and (f) a list of any liens, fines, or restitution owed by the plaintiff.

Dated:   August 26, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Copy: Patricia Apodaca