# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNALDO SALCIDO,<br><br>   Plaintiff,<br><br> v.<br><br>S. FURLONG,<br><br>   Defendant. | Case No. 1:23-cv-00704-JLT-EPG (PC)<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF Nos. 43, 44) |

  On December 13, 2024, following a settlement conference during which the case settled and the terms of the settlement were placed on the record, the Court ordered the parties to file dispositional documents within 30 days, e.g., by no later than January 13, 2025. (ECF No. 42). After that deadline has passed and neither party has filed dispositional documents, the Court ordered the parties to file dispositional documents or a request for extension of time supported by good cause. (ECF No. 43).

  On January 21, 2025, the parties filed a joint stipulation, dismissing this action with prejudice, with each party to bear their own attorney fees and costs. (ECF No. 44).

  In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear their own attorney fees and costs.

  The Court retains jurisdiction to enforce the terms of the settlement.

1

Accordingly, the Clerk of Court is directed to close this case. All pending motions and deadlines are terminated.

IT IS SO ORDERED.

Dated:  **January 21, 2025**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE